**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Gabriele Elizabeth LOPEZ, aka
Gabriele Elizabeth Koenig, Nee
Konig, Defendant—Appellant.**

No. 07–35389.

United States Court of Appeals,
Ninth Circuit.

Oct. 30, 2008.

Stephanie A. Van Marter, Assistant U.S. Attorney, Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

---

* The Honorable Milton I. Shadur, Senior United States District Judge for the Northern District of Illinois, sitting by designation.

Beth M. Bollinger, Esquire, Spokane, WA, for Defendant–Appellant.

Tarik S. Adlai, Law Offices of Tarik S. Adlai, Pasadena, CA, Sheryl Gordon McCloud, Esquire, Law Offices of Sheryl Gordon McCloud, Seattle, WA, for Amicus Curiae.

Before: FISHER, GOULD and IKUTA, Circuit Judges.

## ORDER

Defendant–Appellant Gabrielle Elizabeth Lopez's Petition for Rehearing is granted. The parties are instructed to file simultaneous briefs addressing: (1) whether the term "second or successive" in 28 U.S.C. §§ 2244 and/or 2255 contains an exception for second in time petitions containing claims based on certain types of newly discovered evidence; and (2) whether construing the term "second or successive" to allow a legitimate excuse exception for second in time petitions containing claims based on new evidence would render superfluous the gate-keeping provisions of 28 U.S.C. §§ 2244 and/or 2255.

The supplemental brief of each party shall not exceed fifteen (15) pages in length and shall be filed on or before twenty-one (21) days from the date of filing of this order. The briefs shall conform with Ninth Circuit Rule 32–3.